UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CHERLYN LOUISE OGLE,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>  Defendant. | No. ED CV 14-236-PLA<br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is reversed and this case is remanded to defendant for further proceedings consistent with this Memorandum Opinion.

DATED: November 17, 2014

　　　　　　　　　　　　　　　　　　　　　　　PAUL L. ABRAMS
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE